7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Angela Don Shea Jackson
*Debtor*

*Bankruptcy Case No.*
12−40591−can7

**Erlene Krigel**
    Plaintiff(s)

*Adversary Case No.*
13−04046−can

v.

**Angela Don Shea Jackson**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: 1.The Defendant is ordered to pay Plaintiff the amount of $3,224.15, being $1,751.02 for the non−exempt portion of the 2011 federal tax refund, $1,180.13 in attorneys fees and expenses expended by the Plaintiff in pursing this action, and $293.00 in Court costs associated with this action.
2.The Defendant is ordered to turn over copies of her 2011 state income tax return and bank statements reflecting the balances as of February 21, 2012 within thirty (30) days of the date of this Order.
2. Pursuant to 11 U.S.C. § 727(a)(2), the Defendants discharge is hereby denied.
3. This Judgment is a final judgment for purposes of execution.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 5/17/13

Court to serve